CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 09 2019

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
3:00CR00014-001

DOCKET NUMBER (Rec. Court)
3:19CR92

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Charles Bradford Mitchell | DISTRICT Western District of Virginia | DIVISION Charlottesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Norman K. Moon | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/3/2019 · TO 3/2/2027 |

OFFENSE
Sell, Distribute or Dispense Crack Cocaine, 21 U.S.C. § 841A

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/15/19
Date

/s/ Norman K. Moon
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/19
Effective Date

/s/
United States District Judge